UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTAF AHMAD SYED,

    Plaintiff,

-vs-

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security,
et al.,

    Defendants.
_____/

CIVIL NO. 08-CV-10535

HON. PATRICK J. DUGGAN

## **STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

Plaintiff and Defendants, by and through their undersigned attorneys, stipulate to the entry of an order dismissing the above-captioned case without prejudice, with each party bearing his/her own costs and attorney fees.

    STEPHEN J. MURPHY
    United States Attorney

*/s/ Reza Baniassadi*  
REZA BANIASSADI
Law Offices of Reza Baniassadi
Attorney for Plaintiff
180 N. LaSalle St., Ste. 1921
Chicago, IL 60601
(312) 201-1210

*/s/ Steven P. Cares*  
STEVEN P. CARES (P68503)
Assistant U.S. Attorney
Attorneys for Defendant
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9139
steven.cares@usdoj.gov

Dated: April 22, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTAF AHMAD SYED,

    Plaintiff,

-vs-

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security,
et al.,

    Defendants.
_____/

CIVIL NO. 08-CV-10535

HON. PATRICK J. DUGGAN

## **ORDER OF DISMISSAL**

In light of the foregoing stipulation, it is hereby ordered that this case be dismissed without prejudice and without an award of costs or attorney fees to any party.

**IT IS SO ORDERED**.

    s/PATRICK J. DUGGAN
    United States District Judge

Date Entered: April 24, 2008